UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company, | No. CV-08-5072-FVS |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| CAR MAX AUTO SALES, a Washington company, MARIE MENDOZA, | |
| Defendant. | |

**IT IS HEREBY ORDERED**:

The Amended Stipulated Motion to Dismiss **(Ct. Rec. 5) is GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby

directed to enter this order and furnish copies to counsel and **close**

this file.

**DATED** this ___23rd___ day of February, 2009.


<u>   s/ Fred Van Sickle   </u>
Fred Van Sickle
Senior United States District Judge

ORDER- 1